| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Hudson, Henry E. | 2. Court or Organization<br><br>USDC, Eastern District of VA | 3. Date of Report<br><br>05/04/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge -- Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>701 East Broad Street<br>Suite 6312<br>Richmond, Virginia 23219-1833 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Board of Directors | Federal Judges Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Virginia Retirement System, Judicial pension (retirement effective September 1, 2002; payment commenced January, 2003) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hudson, Henry E. | 05/04/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Loft Press, book royalties | $1,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | April 2015 | Washington, DC | Board meeting | Travel, lodging, food |
| 2. | U.S. Marshals Museum | February 2015 | Fort Smith, AR | Presentation | Travel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Navy Federal Credit Union | VISA and Mastercard (credit cards) | J |
| 2. | Exxon Mobil | Credit card | J |
| 3. | Shell Oil | Credit card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hudson, Henry E. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Bank of America (Accounts) | A | Interest | J | T | | | | | |
| 2.   Branch Bank & Trust (BB&T) (Accounts) (CDs) | A | Interest | K | T | | | | | |
| 3.   Cardinal Bank (Stock) | C | Dividend | K | T | | | | | |
| 4.   Navy Federal Credit Union (Accounts) (CDs) | A | Interest | M | T | | | | | |
| 5.   Campaign Solutions, Inc. | B | Dividend | K | W | | | | | |
| 6.   Franklin High-Yield Fund | C | Interest | L | T | | | | | |
| 7.   Dominion Resources, Inc. | D | Dividend | M | T | | | | | |
| 8.   American Fund - Capital World Growth and Income Fund | A | Interest | | | Sold | 03/16/15 | J | A | |
| 9.   American Legacy II - Lincoln National Life | D | Dividend | M | T | | | | | |
| 10.   Virginia Retirement System | E | Dividend | K | T | | | | | |
| 11.   Blackrock Funds - Int'l Opportunities | A | Dividend | J | T | | | | | |
| 12.   Blair Williams Int'l Growth Fund | A | Dividend | J | T | Buy (add'l) | 06/14/15 | J | | |
| 13.   Diamond Hills Funds - Small Cap Fund | A | Dividend | J | T | | | | | |
| 14.   Franklin Federal Intermediate Term Tax Free Income Fund | C | Dividend | L | T | | | | | |
| 15.   Franklin Virginia Tax Free Income Fund | C | Dividend | M | T | | | | | |
| 16.   Goldman Sachs Tr. Fin. Square Treas. Instr. | A | Dividend | J | T | Sold (part) | 01/12/15 | J | | |
| 17.   Hotchkis & Wiley Core Value Fund | A | Dividend | J | T | Buy (add'l) | 03/13/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hudson, Henry E. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo Advantage Endeavor Select Fund | A | Dividend | J | T | | | | | |
| 19. Wells Fargo Advantage Small Cap | A | Dividend | | | Sold | 06/30/15 | J | A | |
| 20. John Hancock Classic Value Fund | A | Dividend | J | T | Sold (part) | 05/29/15 | J | A | |
| 21. Hartford Int'l Growth Fund | A | Dividend | J | T | | | | | |
| 22. Managers Time SSQ | A | Dividend | J | T | Buy | 03/13/15 | J | | |
| 23. Cambiar Opportunity Fund | A | Dividend | J | T | | | | | |
| 24. Harbor Fund INSTL Class | A | Dividend | J | T | Sold (part) | 03/03/15 | J | A | |
| 25. Keeley Small Cap Value | A | Dividend | J | T | Sold (part) | 03/16/15 | J | A | |
| 26. Ford Motor Co. | A | Dividend | | | Sold | 06/30/15 | J | A | |
| 27. AIM Global Real Estate | A | Dividend | J | T | Buy (add'l) | 09/23/15 | J | | |
| 28. Dreyfus App. Fund | A | Dividend | | | Sold | 03/16/15 | J | A | |
| 29. Genworth Financial | A | Dividend | J | T | | | | | |
| 30. Citigroup, Inc. | A | Dividend | J | T | | | | | |
| 31. Morgan Stanley Mid Cap Growth Fund | A | Dividend | | | Sold | 03/16/15 | J | A | |
| 32. Oppenheimer Dev. Mkt | A | Dividend | J | T | Buy (add'l) | 08/13/15 | J | | |
| 33. Deutsche Enhanced Commodity Fund | A | Dividend | J | T | Buy | 12/16/15 | J | | |
| 34. Sentinel Small Co. | A | Dividend | | | Sold | 03/13/15 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hudson, Henry E. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. General Elec. Co. | A | Dividend | J | T | | | | | |
| 36. Mainstay Large Cap Growth | A | Dividend | J | T | | | | | |
| 37. Delaware Group Equity Fund | A | Dividend | J | T | Sold (part) | 05/29/15 | J | A | |
| 38. First Eagle Fund Sogen Overseas Fund | A | Dividend | J | T | | | | | |
| 39. First Eagle Cap Growth Fund | A | Dividend | J | T | Sold (part) | 07/29/15 | J | A | |
| 40. Lazard Emerging Mkts | A | Dividend | J | T | Buy (add'l) | 08/14/15 | J | | |
| 41. Victory Small Co. Oppty | A | Dividend | J | T | Buy (add'l) | 03/13/15 | J | | |
| 42. Verizon Comm. | A | Dividend | J | T | | | | | |
| 43. Carmax | A | Dividend | J | T | | | | | |
| 44. Voya Large Cap Growth | A | Dividend | J | T | | | | | |
| 45. CSX Corp | A | Dividend | J | T | | | | | |
| 46. Goldman Sachs Financial Square | A | Dividend | J | T | Buy | 08/14/15 | J | | |
| 47. American Fund Wash. Mutual | A | Dividend | J | T | Buy | 03/19/15 | J | | |
| 48. Victory Small Co. Opp. | A | Dividend | J | T | Buy | 03/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hudson, Henry E. | 05/04/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Henry E. Hudson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544